## Mimi D. Kalish

**From:** Adam Alexander [adalesq@gmail.com]
**Sent:** Tuesday, March 23, 2010 7:47 PM
**To:** Mimi D. Kalish
**Subject:** Gant v. Stillman

Mimi, please be advised that my client will accept the Offer of Judgment in this case. Please contact me to discuss the next step. (248) 496-7950.

Also, I will stipulate to consolidation.

Regards,

Adam Alexander

EXHIBIT 2

3/30/2010