# Mimi D. Kalish

**From:** Adam Alexander [adalesq@gmail.com]
**Sent:** Monday, March 29, 2010 12:00 PM
**To:** Mimi D. Kalish
**Subject:** Re: Gant v. Stillman

Mimi, after reviewing this matter with my client, he has instructed me to reject the Offer of Judgment with regard to both cases combined. Again, I think the Offer of Judgment is improper anyway. But the bottom line is the client won't accept 1K plus attorney fees to resolve what will now become the consolidated case.

**EXHIBIT 3**